**United States District Court**
For the Northern District of California

1

2                    IN THE UNITED STATES DISTRICT COURT

3                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5   Oliver,                                     No. C 04-01560 SI

6              Plaintiff,                        **ORDER OF DISMISSAL UPON**
                                                **SETTLEMENT**
7      v.

8   County of Lake,

9              Defendant.
                                        /
10

11          The parties to the action, by their counsel, have advised the court that they have agreed to a

12   settlement.

13          IT IS HEREBY ORDERED that this matter is DISMISSED WITH PREJUDICE. However, that if

14   any party hereto certifies to this court, with proof of service of a copy thereon on opposing counsel, within

15   ninety days from the date hereof, that settlement has not in fact occurred, the foregoing order shall be vacated

16   and this cause shall forthwith be restored to the calendar for further proceedings.

17

18   Dated: 5/4/05                               ___S/Susan Illston_____

19                                               SUSAN ILLSTON
                                                 United States District Judge
20

21

22

23

24

25

26

27

28